MEMORANDUM OPINION



No. 04-09-00391-CR



IN RE Roy Louis SMITHWICK, JR.



Original Mandamus Proceeding (1)




PER CURIAM


Sitting: Karen Angelini, Justice

 Phylis J. Speedlin, Justice

 Marialyn Barnard, Justice

 

Delivered and Filed: July 15, 2009


PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

 On June 30, 2009, relator Roy Louis Smithwick, Jr. filed a petition for writ of mandamus,
seeking to compel the trial court to rule on his motion for DNA testing. However, on July 8, 2009,
the trial court signed an order denying relator's motion for DNA testing. Therefore, we DENY the
petition for writ of mandamus as MOOT. 

 PER CURIAM

DO NOT PUBLISH
1. This proceeding arises out of Cause No. 1992-CRA-00041, styled State of Texas v. Roy L. Smithwick, Jr.,
filed in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.